IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COREY STROTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   06-cv-333-DGW |
| | ) | |
| ST. LOUIS TAN COMPANY, d/b/a GOLD'S GYM, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on June 12, 2007, filed on 6/12/07, the case settled, the above-captioned action DISMISSED with prejudice.   Parties are to take nothing from this action.

Date: August 31, 2007

NORBERT G. JAWORSKI,

By: *Robin M. Butler*
Deputy Clerk

Approved: s/Donald G. Wilkerson
Donald G. Wilkerson
U.S. Magistrate Judge